Mr. Alexander L. Baxter
OCA #68360
DCSO
P.O. Box 196383
Nashville, Tennessee 37219

RECEIVED
IN CLERK'S OFFICE
JAN -7 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

To: Pro Se Court Clerk,
United States District Court / Middle District
800 U.S. Courthouse
801 Broadway St.
Nashville, TN 37203

12-30-14

Re: Filing Information & Motion By Letter For Appointment of Counsel

Dear Court Clerk,

I have written this letter to advise the Court that I have put in two requests here at the jail to have copies made, and after several requests I even had to put in a grievance to finally get the affidavit notarized, but I cannot wait any longer to mail it in because my requests have gone ignored and the one-year limitations period is about to end. I am also writing this letter asking for appointment of counsel.

Therefore, please find enclosed my Complaint for Violation of Civil Rights Under 42 U.S.C. 1983, my Application to Proceed In Forma Pauperis, with supporting documentation, my grievances, complaints and administrative appeals, my Sworn Affidavit of Alexander L. Baxter, my "Introduction" to 42 U.S.C. 1983 Civil Rights Complaints and this Motion By Letter For the Appointment of Counsel to be considered.

Please be also advised that unlike being in prison where there is access to extensive legal materials, and where there is information and examples to challenge a motion to dismiss or a motion for summary judgment, here in the jail access to legal materials is by policy restricted to challenge your sentence or jail conditions. Access to previous and recent decisions, case citations or someone skilled to assist or advise to prosecute a civil case does not exist.

This complaint alleges that the defendants used excessive force. The testimony in this case will conflict because I have stated facts that are the absolute truth, that I was caught and had surrendered and did nothing to provoke force, but the defendants will lie in an effort to suppress the truth. In addition to restricted legal materials, and in addition to conflicting testimony, the case may require discovery, the case involves medical facts, and I have demanded a jury trial.

Therefore, the plaintiff respectfully requests that the Court appoint counsel to assist in this case.

Respectfully submitted,
Alex L. Baxter 12-30-14
Mr. Alexander L. Baxter, pro se.