NAME Alexander Baxter
OCA 68360
DAVIDSON COUNTY SHERIFF'S OFFICE
P. O. BOX 196383
NASHVILLE, TN 37219-6383



Clerk, U.S. District Court
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
JAN -7 2015
U.S. DISTRICT COURT
MID. DIST. TENN.