IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ALEXANDER L. BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-19 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | Magistrate Judge Knowles |
| SPENCER HARRIS, et al. | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |
| | ) | |

## OFFICER BRAD BRACEY'S MOTION TO DISMISS

Officer Brad Bracey moves for dismissal of all claims against him pursuant to Fed. R. Civ. P. 12(b)(6) because he is entitled to qualified immunity. The amended complaint fails to allege sufficient facts that Officer Bracey failed to intervene during the use of another officer's K-9 police dog. Likewise, the amended complaint fails to sufficiently allege that Officer Bracey "assaulted" Plaintiff. Officer Bracey did not know that the K-9 would be used and did not have the opportunity or the ability to stop the use of the K-9. Additionally, the amended complaint does not establish that Officer Bracey's actions violated any clearly established right of the Plaintiff. For these reasons, Officer Bracey is entitled to dismissal of all claims against him.

For each of these reasons, and as outlined in more detail in the memorandum of law filed contemporaneously herewith, Officer Bracey respectfully requests that the Court grant his motion to dismiss.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
SAUL SOLOMON (#11689)
DIRECTOR OF LAW


/s/Melissa Roberge
Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was delivered via U.S. Mail to the following:

Alexander L. Baxter
#68360
Davidson County Sheriff's Office
P.O. Box 196383
Nashville, TN 37219-6383

on the 24th day of July, 2015.

/s/Melissa Roberge
Melissa Roberge

2