IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ALEXANDER L. BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-19 |
| | ) | |
| v. | ) | Judge Friedman |
| | ) | Magistrate Judge Frensley |
| SPENCER HARRIS, et al. | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |
| | ) | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Alexander Baxter broke into a home of Portland Avenue in Nashville, Tennessee and stole change, car key, and a bottle of liquor. Alexander Baxter Deposition at 19, attached to Motion as Exhibit 1.

    **RESPONSE:**


2. Baxter saw the police helicopter and a police car as he was running. Baxter Depo. at 20-23.

    **RESPONSE:**


3. Baxter fled to a home on Fairfax Avenue where he jumped into the basement. Baxter Depo. at 21-22.

    **RESPONSE:**

4. A police K9 unit consisting of Officer Spencer Harris, Officer Brad Bracey, and K9 Officer Iwo were dispatched to the scene. Spencer Harris Declaration ¶ 8, attached to Motion as Exhibit 2.

**RESPONSE:**

5. At least one warning was given that Iwo would be released into the basement if Baxter did not surrender. Baxter Depo. at 30.

**RESPONSE:**

6. Officer Harris is Iwo's handler. Harris Dec. ¶ 3, 8.

**RESPONSE:**

7. Iwo will only respond to Officer Harris and no other individuals. Harris Dec. ¶ 6.

**RESPONSE:**

8. Iwo has achieved satisfactory training scores on all of his training. Harris Dec. ¶ 5.

**RESPONSE:**

9. Approximately 5 seconds elapsed between when Iwo and Officers Harris and Bracey were all in the vicinity of Baxter and the release of Iwo. Baxter Depo. at 36.

**RESPONSE:**

10. Officer Harris did not say anything during the approximately five seconds before he released Iwo. Baxter Depo. at 35.

**RESPONSE:**


11. The medical records from Nashville General only indicate one set of puncture marks from a dog bite. Nashville General Medical Records, attached to Motion as Exhibit 3.

**RESPONSE:**


12. Officer Bracey was located behind Baxter. Baxter Depo. at 36.

**RESPONSE:**


    Respectfully submitted,

    THE DEPARTMENT OF LAW OF THE
    METROPOLITAN GOVERNMENT OF
    NASHVILLE AND DAVIDSON COUNTY
    JON COOPER (#23571)
    DIRECTOR OF LAW


    /s/Melissa Roberge
    Keli J. Oliver (#21023)
    Melissa Roberge (#26230)
    Assistant Metropolitan Attorneys
    108 Metropolitan Courthouse
    P.O. Box 196300
    Nashville, Tennessee 37219
    (615) 862-6341
    *Counsel for Spencer Harris and*
    *Brad Bracey*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was delivered via U.S. Mail to the following:

Alexander Baxter
TDOC #145056
140 Macon Way
Hartsville, Tennessee 37074


on the 13th day of October, 2017.

/s/Melissa Roberge
Melissa Roberge